NUMBER
13-11-00222-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DAVID ROSALES,                                                                   APPELLANT,

 

                                                             v.

 

MATHESON TRI-GAS,
INC.,                                                      APPELLEE. 

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 4

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
David Rosales, appealed a judgment entered by the County Court at Law No. 4 of Hidalgo
County, Texas.  On May 13, 2011, the Clerk of this Court notified appellant, in
accordance with Texas Rule of Appellate Procedure 42.3(c), that we would
dismiss this appeal unless the $175.00 filing fee was paid.  See Tex. R. App. P. 42.3(c).  Appellant has
not responded to the notice from the Clerk or paid the $175.00 filing fee.  See
Tex. R. App. P. 5, 12.1(b).

The
Court, having considered the documents on file and appellant’s failure to pay
the filing fee, is of the opinion that the appeal should be dismissed.  See
id. 42.3(b),(c).  Accordingly, the appeal is DISMISSED for want of
prosecution.                                                                   

PER
CURIAM

Delivered and filed the

14th day of July, 2011.